IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-835-SDJ-KPJ |
| § | |
| KP LIFESTYLES, LLC *et al.*, § | |
| § | |
| Defendants. | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 8, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #59) that Plaintiff's claims against Defendants KP Lifestyles, LLC, Kristen Preseault, Shalini Gurbani, and VOIPPlus (collectively, the "Outstanding Defendants") should be dismissed without prejudice for want of prosecution. The Clerk of Court then served the Report on Plaintiff. The United States Postal Service advises that Plaintiff received the Report on June 11, 2021.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiffs claims against the Outstanding Defendants are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 11th day of August, 2021.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE