**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-835-SDJ-KPJ |
| | § | |
| KP LIFESTYLES, LLC *et al.*, | § | |
| | § | |
| Defendants. | | |

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 15, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #69) that Defendants Preferred Membership Corporation ("PMC") and Access VG, LLC's ("Access VG") Motions to Dismiss (Dkts. #28, #34) be granted, as the Court cannot exercise personal jurisdiction over PMC or Access VG.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, PMC and Access VG's Motions to Dismiss (Dkts. #28, #34) are **GRANTED**.

Plaintiff's claims against PMC and Access VG are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 26th day of August, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE