# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-835-ALM-KPJ |
| | § | |
| **KP LIFESTYLES, LLC** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On August 31, 2021, Plaintiff Craig Cunningham ("Plaintiff") filed a Motion to Dismiss Without Prejudice (the "Motion") (Dkt. #83), wherein Plaintiff notifies the Court that he wishes to dismiss this action against all remaining Defendants without prejudice. The Court finds the Motion should be granted.

It is therefore **ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (Dkt. #83) is GRANTED and this entire action, and all of the claims asserted therein, are DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs.

All relief not previously granted is hereby denied, and the Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**
**SIGNED** this 15th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE